# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INC RESEARCH,<br><br>　　　　Defendant. | Case No. CV 18-5905-GW-JEMx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Concurrently filed with Stipulation]<br><br>Complaint Filed: May 16, 2018<br>Trial Date:　　　None<br>District Judge:　Hon. George H. Wu<br>　　　　　　　　Courtroom 9D, First St.<br>Magistrate Judge: Hon. John E. McDermott<br>　　　　　　　　Courtroom 640, Roybal |

Pursuant to the parties' Joint Stipulation to Dismiss Case With Prejudice, and further pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: May 15, 2019

_____
HON. GEORGE H. WU, U.S. District Judge